

Entered on Docket
May 04, 2011

_____
Hon. Mike K. Nakagawa
United States Bankruptcy Judge
_____

RICK A. YARNALL
CHAPTER 13 BANKRUPTCY TRUSTEE
Marianne Gatti, Esq.
Nevada Bar No. 7717
701 Bridger Avenue, Suite 820
Las Vegas, Nevada 89101
Telephone: (702) 853-4500
RAY13mail@LasVegas13.com

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

In re:

ARTEMIO AVILA ESQUIVEL,

Debtor.

BK-S-11-12465-MKN
Chapter 13

**ORDER DISMISSING CHAPTER 13
CASE PURSUANT TO SECTION 521(i)**

As the above-captioned Debtor has not complied with 11 U.S.C § 521(i) in that the Debtor has not filed Schedules A through J. The Debtor has also failed to file the Statement of Financial Affairs. The 45 day period expired on April 11, 2011.

**IT IS HEREBY ORDERED** that the above-captioned bankruptcy proceeding under chapter 13 is DISMISSED for the Debtor's failure to comply with 11 U.S.C. § 521(i).

///

3

1     **IT IS FURTHER ORDERED** that Trustee shall be allowed administrative expenses in the amount

2 of $150.00 per quarter that case is pending.

3     DATED this 26th day of April, 2011.

5 Submitted by:

7 _/s/ Marianne Gatti_
MARIANNE GATTI, ESQ.
Nevada Bar No. 7717
8 701 Bridger Ave., Suite 820
Las Vegas, NV 89101
9 Attorney for RICK A. YARNALL,
Chapter 13 Bankruptcy Trustee

###

4